CHAPMAN, POPIK & WHITE
John G. Heller (State Bar No. 129901)
Renée C. Callantine (State Bar No. 155991)
650 California Street, 19th Floor
San Francisco, CA  94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT D. TENNEY and CARA TENNEY,<br><br>         Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 to 40, inclusive.<br><br>         Defendant. | No. 2:07-CV-02181-LKK-DAD<br><br>STIPULATION TO CONTINUE DEADLINE FOR FILING AND HEARING CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER |

1.     Pursuant to the Status (Pretrial Scheduling) Order filed on January 9, 2008, the parties were ordered to file cross-motions for summary judgment on the issue of choice of law by April 7, 2008, and the hearing on the cross-motions for summary judgment was set for May 12, 2008 at 10:00 a.m.  There are no other deadlines presently scheduled in this matter, nor has a date for trial been set.

2.     The parties, through their counsel, jointly request a 30-day continuance and extension of these two deadlines.  This is the first such request for an extension.

3.     The continuance is requested because the parties endeavor to submit their cross motions on a joint and agreed-upon statement of facts and need additional time to meet, confer,

1

No. 2:07 CV 02181     STIPULATION TO CONTINUE DEADLINE FOR FILING AND HEARING CROSS-MOTIONS FOR SUMMARY JUDGMENT; PROPOSED ORDER

1  and prepare the statement of facts.  Additionally, counsel Dayton Call, counsel for plaintiffs,
2  has a very full calendar over the next two weeks which will not allow ample time to meet and
3  confer with State Farm's counsel in time to complete a statement of facts such that both parties
4  will have ample time to review and approve the facts.

6  Date: April 2, 2008                    WELLS, CALL, CLARK AND BENNETT

8                                         By: /s/
                                              R. Dayton Call
9                                          Attorneys for Plaintiffs Scott Tenney and
                                              Cara Lin Tenney

11 Date: March ___, 2008                  CHAPMAN POPIK & WHITE LLP

13                                         By: /s/
                                              Renée C. Callantine
14                                         Attorneys for State Farm Mutual
                                              Automobile Ins. Co.

17                          [PROPOSED] ORDER
18 GOOD CAUSE APPEARING, IT IS ORDERED THAT:
19     1.   The deadline for filing motions for summary judgment on the choice of law
20 issue is continued from April 7, 2008 to May 19, 2008.
21     2.   The hearing on the motions for summary judgment on the choice of law issue is
22 continued from May 12, 2008 to June 16, 2008 at 10:00 a.m. in this department.
23 Date:  April 2, 2008.

                                           _____
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT